

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00287-CV

Juan **RODRIGUEZ**,
Appellant

v.

Mary **BOLANOS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12393
Honorable Karen H. Pozza, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for a new trial. It is ORDERED that appellant, Juan Rodriguez, recover his costs of this appeal from appellee, Mary Bolanos.

SIGNED May 29, 2013.

_____
Patricia O. Alvarez, Justice

---

[1]The Honorable Karen H. Pozza signed the default judgment in the underlying cause; however, the Honorable Antonia Arteaga signed the order denying the motion for new trial.